RECEIVED
CHARLOTTE, N.C.

NOV 2 3 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Civil File No.  3:05 CV 395-C

Carotek, Inc.,

**ORDER**

Plaintiff,

vs.

Textron Fastening Systems, Inc.,

Defendant.

THIS MATTER is before the court on the Application of James R. Crassweller for

Admission *Pro Hac Vice*, filed November ▮▮ 2005.

Upon careful review and consideration, this court will grant the Application.

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, James R.

Crassweller is directed to pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS**

**($100.00)** each to the Clerk of Court within ten (10) days from the date of the filing of this order.

IT IS SO ORDERED, this _29th_ day of _November_, 2005.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE