# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO.: 3:05CV395-MR-DCK

| | |
|---|---|
| CAROTEK, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEXTRON FASTENING )<br>SYSTEMS, INC., )<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER** having come before the Court on motion of local counsel for Defendant Textron Fastening Systems, Inc. for admission *pro hac vice* of Richard B. North, Jr. and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* representing Textron Fastening Systems, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and that Richard B. North, Jr. is admitted to practice before this Court *pro hac vice*.

Signed: October 9, 2007

David C. Keesler
United States Magistrate Judge