# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:05cv395

| | |
|---|---|
| CAROTEK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TEXTRON FASTENING ) | |
| SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on reassignment.

On July 18, 2007, the parties' request for an extension of time within which to complete mediation was granted and mediation was to have occurred on or before September 10, 2007. However, there is no report in the record.

**IT IS, THEREFORE, ORDERED** that the parties shall respond on or before 15 days from entry of this Order as to the result of mediation.

Signed: October 11, 2007

Martin Reidinger
United States District Judge